

```
                                           FILED
                                  U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                  2003 FEB 11  AM 11: 47

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 7, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRIEDE & GOLDMAN, LTD., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 99-1970 c/w 00-209 |
| GOTAVERKEN ARENDAL CONSULTANTS, AB, ET AL. | SECTION: "A"(5) |

A settlement conference was conducted in the above matter this date.

PRESENT:  Walter Brookhart, Robert Shepherd, Douglas Draper, Greg Novak, Thomas Keaty

It appears to the undersigned that the parties are largely in agreement as to how this case might be settled.

However because of the pending bankruptcy of Friede, paperwork agreeable to the parties must be worked up before the undersigned becomes comfortable with presenting the District Judge with a 60 day order of dismissal.

Accordingly, counsel for Gotaverken Arendal Consultants shall circulate draft documents to the other parties on or before

DATE OF ENTRY
FEB 11 2003

___ Fee _____
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. 120

February 11, 2003. The Court is to be notified in writing on or before Friday, February 14th whether there are any problems with the documents proposed by counsel.

If need be, the Court will schedule a further conference with the parties.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE