FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAR 11 PM 2:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRIEDE & GOLDMAN, LTD., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 99-1970 c/w  00-209 |
| GOTAVERKEN ARENDAL CONSULTANTS, AB, ET AL. | SECTION: "A"(5) |

### ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties, that the above matter has settled; Accordingly,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause within 60 days to reopen the action if settlement is not consummated.

The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 10th day of March, 2003.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 1 2 2003

Fee_____
Process____
X Dktd____
CtRmDep____
Doc.No. 122