

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

13 MAY 2003
2003 MAY 13 PM 12: 06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |
|---|---|
| FRIEDE & GOLDMAN, LTD., <br> Plaintiffs, | Civil Action No.    99-1970-X-5 <br> c/w 00-0209 |
| vs. | Judge Jay C. Zainey |
| GOTAVERKEN ARENDAL, AB, and GVA <br> CONSULTANTS, AB, <br> Defendants/Counter-Plaintiffs, | Magistrate Judge Alma L. Chasez |
| vs. | This pleading applies to both cases |
| FRIEDE, GOLDMAN, HALTER, INC. <br> Defendants. |  |

## AGREED MOTION FOR ADDITIONAL TIME TO REOPEN CASE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Friede & Goldman, Ltd. (hereinafter "FGL") and Friede Goldman Halter, Inc. (hereinafter "FGH" ) file this Agreed Motion for Additional Time to Reopen Case with the consent of GVA Consultants, AB (hereinafter "GVA-C"). FGL and FGH would show the Court that good cause exists to provide additional time for consummating a settlement herein and filing a motion for entry of an Agreement Final Judgment.

In early March 2003, the parties informed the Court that they had reached an agreement to settle the captioned matter. On March 12, 2003, an Order of Dismissal was entered by the Court dismissing the captioned action without prejudice to the right, upon good cause within 60 days to reopen the action, if settlement had not been consummated.

The parties have entered into a Compromise Settlement and Release Agreement providing for conclusion of this case by entry of an Agreed Final Judgment. The Settlement Agreement has been executed by representatives of all parties.

However, on April 19 and 20, 2001, respectively, FGH and FGL filed voluntary petitions under Chapter 11 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq.,

150527v1

DATE OF ENTRY
MAY 1 4 2003

Fee_____
Process____
X   Dktd_____
CtRmDep____
Doc. No._____ 123

in the United States Bankruptcy Court for the Southern District of Mississippi, Southern Division. Those petitions are being jointly administered under Case No. 01-52173 SEG styled *In re Friede Goldman Halter, Inc.*

Thus, the Settlement Agreement is subject to the approval of the Bankruptcy Court. While approval of the Bankruptcy Court has been requested, it has not yet been granted. Accordingly, while the parties are ready to conclude this matter by requesting that the Court enter the Agreed Final Judgment, they must await approval of the Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, FGL and FGH with the consent of GVA-C respectfully request that the Court extend the time specified to reopen the captioned matter in the Order of Dismissal entered March 12, 2003, by an additional 60 days to and including July 10, 2003.

Respectfully submitted,

Date:   5-13-03                    By: _____
                                       Thomas S. Keaty – 7666, T.A.
                                       Keaty Professional Law Corporation
                                       2140 World Trade Center
                                       No. 2 Canal Street
                                       New Orleans, Louisiana 70130
                                       Telephone : 504-524-2100
                                       Facsimile : 504-524-2105
                                       LOCAL COUNSEL FOR SHOOK, HARDY &
                                       BACON, LLP

                                       Walter R. Brookhart
                                       Texas Bar No. 03061300
                                       SHOOK, HARDY & BACON, L.L.P.
                                       JPMorgan Chase Tower
                                       600 Travis, Suite 1600
                                       Houston, Texas   77002-2911
                                       Telephone:  (713) 227-8008
                                       Facsimile:   (713) 227-9508
                                       ATTORNEYS FOR FRIEDE & GOLDMAN,
                                       LTD. and FRIEDE, GOLDMAN, HALTER, INC.

-2-

## CERTIFICATE OF CONFERENCE/CONSENT

In accord with the requirements of Local Rule 7, counsel for the parties have discussed and agreed to the filing of this motion.  A draft of the motion was forwarded by Walter R. Brookhart, counsel for FGL and FGH, via e-mail to Greg V. Novak, counsel for GVA-C, who indicated his agreement and consent to the filing of the motion via return e-mail.

150527v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion for Additional Time to Reopen Case, Memorandum and Support of Agreed Motion For Additional Time to Reopen Case and proposed Order were served upon all counsel of record on this date by first class mail, postage prepaid, deposited with the United States Postal Service, and addressed as follows:

Michael B. North, Esq.
Frilot, Partridge, Kohnke & Clements, L.L.C.
1100 Poydras St., Suite 3600
New Orleans, Louisiana 70163
*Facsimile 504-599-8100*

Gregory V. Novak, Esq.
Harvey Simon Arnold White
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   2004-2402
*Facsimile 202-383-6610*

Walter R. Brookhart, Esq.
Shook, Hardy & Bacon, L.L.P.
JPMorgan Chase Tower
600 Travis, Suite 1600
Houston, Texas   77002-2911
*Facsimile 713-227-9508*

New Orleans, Louisiana this _____ day of May, 2003.

150527v.1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

FRIEDE & GOLDMAN, LTD.,

        Plaintiffs,

vs.

GOTAVERKEN ARENDAL, AB, and GVA
CONSULTANTS, AB,

        Defendants/Counter-Plaintiffs,

vs.

FRIEDE, GOLDMAN, HALTER, INC.

        Defendants.

Civil Action No.     99-1970-N-5
                         c/w 00-0209

Judge Jay C. Zainey

Magistrate Judge Alma L. Chasez

This pleading applies to both cases

**MEMORANDUM AND SUPPORT OF AGREED MOTION**
**FOR ADDITIONAL TIME TO REOPEN CASE**

        This memorandum is submitted in support of the agreed motion submitted by the parties for additional time to reopen the case. It is respectfully submitted that Friede & Goldman, Ltd. (FGL) and Friede Goldman Halter, Inc. (FGH) have agreed with defendants/counter-plaintiffs on filing the motion for extension of time for reopening the case. The additional time is necessary for the parties for consummating a settlement agreement and to file a motion to enter an agreed final judgment.

        It is respectfully submitted that this motion is submitted in good faith and in an effort to conserve judicial resources.

150527v1

Respectfully submitted,

By: _____

Thomas S. Keaty – 7666, T.A.
Keaty Professional Law Corporation
2140 World Trade Center
No. 2 Canal Street
New Orleans, Louisiana 70130
Telephone : 504-524-2100
Facsimile :  504-524-2105

LOCAL COUNSEL FOR SHOOK, HARDY &
BACON, LLP

Walter R. Brookhart
Texas Bar No. 03061300
SHOOK, HARDY & BACON, L.L.P.
JPMorgan Chase Tower
600 Travis, Suite 1600
Houston, Texas   77002-2911
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508

ATTORNEYS FOR FRIEDE & GOLDMAN,
LTD. and FRIEDE, GOLDMAN, HALTER, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

FRIEDE & GOLDMAN, LTD.,

        Plaintiffs,

vs.

GOTAVERKEN ARENDAL, AB, and GVA
CONSULTANTS, AB,

        Defendants/Counter-Plaintiffs,

vs.

FRIEDE, GOLDMAN, HALTER, INC.

        Defendants.

Civil Action No.     99-1970-N-5
                    c/w 00-0209

Judge Jay C. Zainey

Magistrate Judge Alma L. Chasez

This pleading applies to both cases

## ORDER EXTENDING TIME TO REOPEN

The Court, having been advised by counsel for the parties that the above matter has been settled, but that approval of the settlement terms must still be obtained from the United States Bankruptcy Court for the Southern District of Mississippi, Southern Division in Case No. 01-52173 SEG styled *In re Friede Goldman Halter, Inc.*, accordingly,

IT IS ORDERED that the time for reopening this action if settlement is not consummated, is extended for an additional 60 days to and including July 10, 2003.

SIGNED in New Orleans, Louisiana, this _13th_ day of May, 2003.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE